IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CGH OF WARREN AR 2011, L.P.                                                    PLAINTIFF

v.                            Case No. 1:17-cv-1006

DEVERE CONSTRUCTION COMPANY,
INC., and LIBERTY MUTUAL INSURANCE
COMPANY                                                                       DEFENDANTS

# ORDER

Before the Court is the parties' Motion for Reconsideration. ECF No. 13. The parties move the Court to transfer this case to the Eastern District of Arkansas (Pine Bluff Division). This matter is ripe for the Court's consideration.

"For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). On March 30, 2017, the Court entered an order denying the parties' request to transfer because it was unclear whether this matter could have been originally brought in the Eastern District of Arkansas. The parties now move the Court to transfer this case to the Eastern District based upon the consent of all parties.

In the present case, all parties consent to the transfer of this case to the Eastern District of Arkansas. Independent of the parties' consent, the Court finds that the balance of convenience and the interest of justice favor the transfer of this case to the Eastern District of Arkansas (Pine Bluff Division). As mentioned in the Court's previous order, the parties request a transfer to the Eastern District in order to consolidate this case with two related matters pending in that district

which involve similar issues, facts and related parties. The Court finds that transferring this matter to the Eastern District in order to consolidate the cases will streamline the discovery process and promote judicial economy.

Accordingly, the Court finds that the Motion for Reconsideration (ECF No. 13) should be and hereby is **GRANTED**.  The Clerk of Court shall immediately transfer this case pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Arkansas (Pine Bluff Division).

**IT IS SO ORDERED**, this 26th day of April, 2017.

/s/ Susan O. Hickey  
Susan O. Hickey  
United States District Judge